HAMLIN *against* HART.

The plaintiff can in no case have costs in a suit originally brought in the supreme court, in an action of assumpsit, unless he recover more than $50.

He cannot have costs, tho' the accounts of both parties exceed $400. To entitle him in such case to costs, he should sue in the common pleas.

ASSUMPSIT. On a reference, the report was in favor of the plaintiff $22, the accounts of both parties exceeding $400. And upon this, the question was whether the plaintiff should have costs, or whether he should pay costs to the defendant.

*A. Sampson*, for the plaintiff.

*F. M. Haight*, for the defendant.

*Curia.* The plaintiff must pay costs to the defendant. It is true, the suit could not be brought in a Justice's Court, the whole accounts of both sides exceeding $400. But the plaintiff, in order to recover costs, must have have sued in the Common Pleas. In assumpsit, the plaintiff can in no case have costs in the Supreme Court in a suit originally brought there, unless he recovers more than $50 damages.

Rule accordingly.(*a*)

(*a*) See 1 R. L. 344, s. 4, 5, and sess. 47, ch. 238, s. 1, 33.